*A H, FILED*
*JAMES BONINI*
*CLERK*

*04 FEB 24  AM 9: 41*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**
**Case No. C-1-00CV-301**

**BRIAN PRICHARD**                          **PETITIONER-APPELLANT**

**VS**

**HARRY RUSSELL,**                          **RESPONDENT-APPELLEE**

**NOTICE OF APPEAL**

Notice is hereby given that Petitioner Brian Prichard, through counsel, appeals to the United States Court of Appeals for the Sixth Circuit, from the final judgement in his case--the order and opinion entered on February 10, 2004, by the Federal District Court for the Southern District of Ohio, denying Mr. Prichard's petition for habeas relief.

Additionally, Mr. Prichard, through counsel, appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment denying a certificate of appealability for Mr. Prichard, entered on February 10, 2004, by the Federal District Court of the Southern District of Ohio.

Respectfully submitted,

**BRENDA POPPLEWELL**
307 West Mount Vernon St.
Somerset, KY 42501
Voice 606/451-0112
Fax 606/676-9602
Email Brenda@brendapopplewell.com
**ATTORNEY FOR BRIAN PRICHARD**

## CERTIFICATE OF SERVICE

I certify that the original and 10 copies of the foregoing notice of appeal was mailed via FedEx to:

Clerk, Federal District Court
for the Southern District of Ohio
Potter Stewart Courthouse
100 East 5th St.  Room 324
Cincinnati, OH 45202

and that a copy was mailed certified mail to Lead Attorney to be Noticed:

Hon. Bruce Horrigan
Office of Ohio Attorney General
Corrections Litigation Section,
State Office Building, 12th Floor
615 West Superior Avenue
Cleveland, Ohio 44113

all on this the 23th day of February, 2004.

_____
BRENDA POPPLEWELL
ATTORNEY FOR BRIAN PRICHARD