# TRANSMISSION FORM

| | |
|---|---|
| **District Court:** S.D. of Ohio (Western Division) | **APPEAL INFORMATION to be completed by the Sixth Circuit** |
| **District Court Case No:** 1:00-0301 | **Court of Appeals Case No:** 04-3247 |
| **SHORT CAPTION** **BRIAN PRICHARD** Plaintiff/Petitioner vs. **HARRY RUSSELL** Defendant/Respondent  *provide pro se address IF NOT on the docket sheet | **Case Manager:** JILL COLYER  **Date Filed:** **FILED MAR 01 2004 LEONARD GREEN, Clerk** |
| **District Court Judge:** SANDRA S. BECKWITH  **Court Reporter(s):** | **Anything That Needs Special Attention** NOTICE OF APPEAL(DOC.39) appealing ORDER(DOC.37) and JUDGMENT(DOC.38) entered 2/10/2004.  _X_ CERTIFIED RECORD REQUIRED ASAP ___ 1915(a) ruling required. ___ cpc/ifp ruling required. |
| **From Deputy Clerk:** ARTHUR HILL  **Date:** 2/24/2004 | |
| $255.00 Appeal Filing Fee Paid? **NO** | |

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(Including the pre-sentence report psi)** Volume(s)

Deposition(s)   Volume(s)       Exhibit(s)    Volume(s)

Transcript(s)   Volume(s)       **Sealed**    Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: **JAMES BONINI**
United States District Court

FILED 04 MAR -3 PM 3:58 JAMES BONINI CLERK