# TRANSMISSION FORM

| District Court: S.D. of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|
| District Court Case No: 1:00cv0301 | Court of Appeals Case No: **04-3247** |
| SHORT CAPTION | |
| **BRIAN PRICHARD** | Case Manager: |
| Plaintiff/Petitioner | Date Filed: |
| vs. | |
| **HARRY K RUSSELL** | |
| Defendant/Respondent | |
| *provide pro se address IF NOT on the docket sheet | |
| District Court Judge: **SANDRA S. BECKWITH** | Anything That Needs Special Attention |
| Court Reporter(s): | NOTICE OF APPEAL(DOC.39) appealing ORDER(DOC.37) and JUDGMENT(DOC.38) entered 2/10/2004. |
| From Deputy Clerk: **ARTHUR HILL** | |
| Date: 3/4/2004 | |
| $255.00 Appeal Filing Fee Paid? NO | |

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **FOUR (4)**   Volume(s)

Deposition(s)   Volume(s)       Exhibit(s)       Volume(s)

Transcript(s) **FIVE (5)**   Volume(s)

   **Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

**JAMES BONINI**
Clerk: _____
   United States District Court