No. 04-3247

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

FILED
SEP 2 1 2004
LEONARD GREEN, Clerk

BRIAN PRICHARD, )
)  1:00cv301
Petitioner-Appellant, )
)
v. )  O R D E R
)
HARRY K. RUSSELL, Warden, )
)
Respondent-Appellee. )
)

Brian Prichard, an Ohio prisoner represented by counsel, moves for a certificate of appealability in this appeal from a district court judgment denying his petition for a writ of habeas corpus.

Upon consideration, we deny the motion for a certificate of appealability as to all issues.

ENTERED BY ORDER OF THE COURT

Leonard Green
Clerk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By: Deputy Clerk